UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH R. BAILEY, ) | |
| ) | CASE NO. C12-1780-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REMAND |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 21 day of May 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1